DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
07 NOVEMBER 2013

| 099P11-2 | State v. Billy J.W. Ross, Jr. | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP13-141) | 1. Dismissed |
|---|---|---|---|
| | | 2. Def's *Pro Se* Motion of Reconsideration (COAP13-141) | 2. Dismissed |
| | | 3. Def's *Pro Se* Motion to Amend (COAP13-141) | 3. Dismissed |
| | | 4. Def's *Pro Se* Motion to Amend Prior Conviction/ Points Levels | 4. Dismissed |
| | | 5. Def's *Pro Se* Motion to Amend Authentication/Self-Authentication: Public Records/Reports | 5. Dismissed |
| | | 6. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 6. Allowed |
| | | 7. Def's *Pro Se* Motion to Appoint Counsel | 7. Dismissed as Moot |
| | | 8. Def's *Pro Se* Motion to Amend Detainer *Pre-Opus Con* | 8. Dismissed |
| | | 9. Def's *Pro Se* Motion Challenging Habitual Felon | 9. Dismissed |
| | | 10. Def's *Pro Se* Motion to Amend Ineffective Assistance of Counsel | 10. Dismissed |
| | | 11. Def's *Pro Se* Motion to Amend | 11. Dismissed |
| | | 12. Def's *Pro Se* Motion to Amend (Double Jeopardy Act) | 12. Dismissed |
| | | | **Jackson, J., recused** |
| 103P03-3 | State v. Derrick Harrell | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 1. Denied **10/30/2013** |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed **10/30/2013** |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot **10/30/2013** |